IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KALVIN M. MCCULLOUGH,<br><br>        *Petitioner,*<br><br>  v.<br><br>JOHN RIVELLO, et al.,<br><br>        *Respondents.* | CIVIL ACTION<br><br>NO. 21-5666 |

### ORDER

**AND NOW**, this 21st day of May 2025, upon careful and independent consideration of the pleadings, (ECF Nos. 1, 13 and 17), the state-court record, the Report and Recommendation of United States Magistrate Judge Craig M. Straw, (ECF No. 29), and Petitioner's objections thereto, (ECF No. 41), it is hereby **ORDERED** that:

1. The objections are **OVERRULED;**

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for a Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this decision. *See* 28 U.S.C. 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.